1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  IN SEON JEONG, CSBN 291908
   Special Assistant United States Attorney
5           160 Spear Street, Suite 800
            San Francisco, California 94105
6           Telephone: (415) 977-8984
7           Facsimile: (415) 744-0134
            E-Mail: Inseon.Jeong@ssa.gov
8  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JAMIE MARMOLEJO, | Civil No. 1:19-cv-01336-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, an evaluation of Plaintiff's physical and mental impairments. The Appeals Council will instruct the ALJ to reassess Plaintiff's subjective statements about symptoms. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *April 2, 2020*            PEÑA & BROMBERG

By:    */s/ Jonathan O. Peña\**
JONATHAN O. PEÑA
*\*Authorized by email on April 2, 2020*
Attorneys for Plaintiff

Date: *April 2, 2020*            McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By:    */s/ In Seon Jeong*
IN SEON JEONG
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

Dated: **April 3, 2020**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE